FILED

04/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0232

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0232

_____

JAMES DAVID SIMPSON,

      Petitioner and Appellant,

v.

MUSSELSHELL COUNTY BOARD OF
COUNTY COMMISSIONERS,

      Respondent and Appellee.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Matthew J. Wald, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 7 2021